**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2638**

———————

EDGAR MICHAEL PORTER,

                    Plaintiff - Appellant,

   versus

NATIONAL CON-SERV, INCORPORATED,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge. (CA-96-4005-JFM)

———————

Submitted:  January 26, 1999     Decided:  February 17, 1999

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edgar Michael Porter, Appellant Pro Se.  John Marshall, MOLDAWER & MARSHALL, Rockville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edgar Porter appeals the district court's order granting summary judgment to the Appellee and dismissing Porter's complaint brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Porter v. National Con-Serv, Inc.</u>, No. CA-96-4005-JFM (D. Md. Oct. 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>